IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MELONY ERIKSEN and STEVEN CASSITY,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC.; DEPUY PRODUCTS, INC.; DEPUY SYNTHES SALES, INC. d/b/a DEPUY SYNTHES JOINT RECONSTRUCTION; DEPUY INTERNATIONAL, LTD.; and JOHNSON & JOHNSON,<br><br>Defendants. | CV 18-122-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiffs move for the admission of Dianna L. Albini to practice before this Court in this case with Jacquelyn M. Hughes to act as local counsel. Ms. Albini's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Dianna L. Albini pro hac vice is GRANTED on the condition that Ms. Albini shall do her own work. This means that Ms. Albini must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website,

www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Albini may move for the admission pro hac vice of one (1) associate of her firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Albini.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Albini, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 24th day of August, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge