IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MELONY ERIKSEN and STEVEN CASSITY,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC.; DEPUY PRODUCTS, INC.; DEPUY SYNTHES SALES, INC. d/b/a DEPUY SYNTHES JOINT RECONSTRUCTION; DEPUY INTERNATIONAL, LTD.; and JOHNSON & JOHNSON,<br><br>Defendants. | CV 18-122-BLG-SPW-TJC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO ATTEND PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE** |

Plaintiffs have filed an unopposed motion to allow lead counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 14.) Good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED. Plaintiffs' counsel, Dianna Albini may appear by telephone at the Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 26th day of November, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge