FILED
10/29/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MELONY ERIKSON and STEVEN CASSITY,<br><br>      Plaintiffs,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., et al.,<br><br>      Defendants. | CV 18-122-BLG-SPW-TJC<br><br>**ORDER** |

  Plaintiffs have filed a motion to extinguish attorneys' fees lien. (Doc. 35.) Plaintiffs request the Court set a hearing for the Johnston Law Group and the Buzbee Law Firm to show cause why their claim of an attorneys' lien should not be extinguished in this matter. On October 28, 2019, Plaintiffs filed a notice of nonopposition, indicating no party to the case objects to the motion. (Doc. 37.) To date, no response has been filed to the motion. The Court notes, however, that Plaintiffs failed to serve a copy of the motion on either the Johnston Law Group or the Buzbee Law Firm. (*See* Doc. 26 at 16.)

  Accordingly, IT IS HERBY ORDERED that Plaintiffs shall serve a copy of the motion to extinguish attorneys' fees lien (Doc. 35), brief in support of the motion (Doc. 36), and a copy of this Order on the Johnston Law Group and the Buzbee Law Firm within five (5) days of the date of this Order. Plaintiffs shall

also file a Certificate of Service, certifying that service was made as directed.

IT IS FURTHER ORDERED that the Johnston Law Group and the Buzbee Law Firm shall have fourteen (14) days from receipt of Plaintiff's motion to file a response.

**IT IS ORDERED**.

DATED this 29th day of October, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge