FILED
3/16/2020
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MELONY ERIKSON and STEVEN CASSITY,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., et al.,<br><br>Defendants. | CV 18-122-BLG-SPW-TJC<br><br>**ORDER CONTINUING HEARING** |

IT IS HEREBY ORDERED that the evidentiary hearing currently set for April 8, 2020 at 9:00 a.m. shall be continued to **May 27, 2020, at 9:00 a.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana. All attorneys who claim to have worked on the Plaintiffs' case shall appear in person to provide testimony regarding their attorney fees. The parties shall also be prepared to submit documentary evidence to substantiate their claim to attorney fees. **All counsel will be required to appear in person at the hearing**.

5.  Counsel for Plaintiffs and the Johnston Law Group shall further meet and confer in person or by telephone concerning all disputed issues. On or before **May 18, 2020**, the parties shall file a Status Report outlining: (1) their meet and confer efforts; (2) the Johnston Law Group's position with regard to Plaintiffs' Interim Motion for Attorney Fees Dispute; and (3) what issues, if any, remain to be

resolved. The parties can also anticipate further conferring regarding any unresolved issues at the time set for hearing.

**IT IS ORDERED**.

DATED this 16th day of March, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge