IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MELONY ERIKSEN and STEVEN CASSITY,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., et al.,<br><br>Defendants. | CV 18-122-BLG-SPW-TJC<br><br>ORDER |

Upon the parties' Stipulated Motion for Dismissal with Prejudice (Doc. 55), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

IT IS FURTHER ORDERED that any pending motions are **DENIED** as moot.

DATED this 18th day of June, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1